# Court of Appeals
# of the State of Georgia

ATLANTA, September 27, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0071.   JOHN YOLMAN SALINAS v. SUSAN MARIE (BURNEY) SALINAS.**

**A13A0072.  SUSAN SALINAS v. JOHN YOLMAN SALINAS.**

John Yolman Salinas and Susan Marie Salinas were divorced in October 1999. In May 2011, Susan Salinas filed a petition for contempt, alleging that John Salinas had not paid child support and other amounts owed under the divorce decree. The trial court found John Salinas in contempt. John Salinas filed a notice of direct appeal to the Court of Appeals on January 27, 2012, which was docketed as Case No. A13A0071.

Susan Salinas filed a motion to dismiss John Salinas's notice of appeal on February 29, 2012, which the trial court denied on July 14, 2012. In Case No. A13A0072, Susan Salinas appeals the trial court's denial of her motion to dismiss John Salinas's appeal.

The Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6).  In Georgia, child support is a form of alimony. See *Jones v. Jones*, 280 Ga. 712, 715-716 (1) (632 SE2d 121) (2006). Jurisdiction over a contempt action alleging that a party failed to comply with the child support provisions of a divorce decree, therefore, lies in the Supreme Court. See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010); *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); *Smith v. Smith*, 254 Ga. 450, 451 (1) (330 SE2d 706) (1985).  The trial court's order denying Susan Salinas's motion to dismiss the notice of appeal is ancillary to the issues on

appeal.  Accordingly, the Supreme Court has jurisdiction over these appeals, which are hereby TRANSFERRED to that Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 09/27/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*